UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-61907-CIV-HUCK/O'SULLIVAN

MARIE CHARLES,

    Plaintiff,

v.

THE HOME DEPOT,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on an Amended Report and Recommendation by Magistrate Judge John J. O'Sullivan (D.E. #75), recommending that the Court grant Defendant's Verified Motion for Attorney's Fees and Costs (D.E. #72). No objections have been filed to the Report within the period required by law.

The Court has independently reviewed the Report and Recommendation, the pertinent portions of the record, and is otherwise duly advised. The Court adopts the findings of fact and conclusions in the Report and Recommendation. Accordingly, it is

ORDERED that Judge O'Sullivan's Report and Recommendation (D.E. #75) is ADOPTED, and Defendant's Verified Motion for Attorney's Fees and Costs (D.E. #72) is GRANTED. Defendant is entitled to fees in the amount of $9,396.50 and costs in the amount of $3,435.21.

DONE AND ORDERED in Chambers, Miami, Florida, April 5, 2011.

                                            Paul C. Huck
                                            United States District Judge

Copies furnished to:
Counsel of Record
Magistrate Judge John J. O'Sullivan